[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1424

JOHN F. MCGONDEL,

Plaintiff, Appellant,

v.

DERRY COOPERATIVE SCHOOL DISTRICT, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Steven J. McAuliffe, U.S. District Judge]



Before

Selya, Boudin and Stahl,
Circuit Judges.



John F. McGondel on brief pro se.
Diane M. Gorrow and  Soule, Leslie, Kidder, Zelin, Sayward & Loughman
on Memorandum of Law in Support of Motion for Summary Disposition for
appellee Derry Cooperative School District.



August 18, 1997


Per  Curiam. Upon careful review of the record and the

parties' filings, we are convinced that the district court

properly dismissed the complaint for the reasons stated in its

order dated February 19, 1997. Appellant's arguments before

this court do not suggest any grounds for reversal.

Affirmed. See 1st Cir. Loc. R. 27.1.

-2-